UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Garlain Francois,
Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**-CR-    (  ) (  )**

Defendant  Garlain Francois_____ hereby voluntarily consents to participate in the following proceeding via  x  videoconferencing or ___ teleconferencing:

 x   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

 x   Bail/Detention Hearing

___   Conference Before a Judicial Officer


Garlain Francois by Ben G
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ben G
_____
Defendant's Counsel's Signature

Garlain Francois_____
Print Defendant's Name

Benjamin Gold_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   June 11, 2020
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge